United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-19-2342** |
| VERONICA ORTEGA | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about April 2019 to on or about May 19, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VERONICA ORTEGA**

being a public official, that is, a Certified Medical Assistant, at the East Hidalgo Detention Center, a correctional facility under contract with the United States Marshals Service to house federal inmates, did directly or indirectly, corruptly demand, seek, receive, accept, or agree to receive or accept anything of value, namely United States currency, personally or for any other person or entity, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of her official duty, that is to bring contraband into the prison facility and distributing the contraband to federal inmates.

In violation of Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY