115

**U.S. Department of Justice**
Washington, D.C.
11/13/2019/aa

**Criminal Docket**

_____McALLEN_____ Division          CR. No. **M-19-2342**

**SEALED INDICTMENT** Filed: November 19, 2019   Judge: _____ **MICAELA ALVAREZ** _____

County: Hidalgo

Lions #: **2019R30171**

UNITED STATES OF AMERICA

v.

VERONICA ORTEGA **--WARRANT--**

Attorneys:

RYAN K. PATRICK, UNITED STATES ATTORNEY

AMY L. GREENBAUM, ASST. U.S. ATTORNEY

Ct. 1

Charge(s):  Ct. 1:   Bribery: Public Official Accepting a Bribe
Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2

Total
Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 15 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Office of Inspector General - Rose Medina - 2019-003409

Proceedings

Date