IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.: 7:19-cr-02342 |
| | § | |
| VERONICA ORTEGA | § | |

## UNOPPOSED MOTION FOR CONTINUANCE UNDER SEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES, VERONICA ORTEGA,** the Defendant herein, by and through her attorney **BELIA A. PEÑA**, and files this Motion for Continuance and in furtherance thereof would respectfully show as follows:

**I.**

Defendant's case is set for **Final Pre-Trial** on **January 30, 2020 at 9:00 a.m.**, in the United States Federal Courthouse of McAllen, Texas, before the Honorable Micaela Alvarez.

The need to file this UNOPPOSED MOTION FOR CONTINUANCE UNDER SEAL did not arise until January 27, 2020. Defendant's case is still in negotiations with the Government, and defendant and her counsel require additional time to complete discovery.

Counsel for Defendant has conferred with Hon. Amy Greenbaum, AUSA, and she is unopposed to the granting of this motion.

This motion is not brought for delay, but in the interest of justice.

## II.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays unto the Court this UNOPPOSED MOTION FOR CONTINUANCE UNDER SEAL be granted.

Respectfully submitted,

/s/ Belia A. Peña
BELIA A. PEÑA
Southern District of Texas Federal No. 3244187
New Mexico Bar No. 149878
108 North Jackson Rd., Suite 14
Edinburg, Texas 78541
Tel. (956) 831-1424
Fax. (956) 587-5302

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all respective counsel via CM/ECF on the 28th day of January, 2020.

**/s/ Belia A. Peña**
**BELIA A. PEÑA**

## CERTIFICATE OF CONFERENCE

I, BELIA A. PEÑA, hereby certify that on January 27, 2020, I contacted the following counsel of record in this matter:

Hon. Amy Greenbaum

**/s/ Belia A. Peña**
**BELIA A. PEÑA**

2