IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.: 7:19-cr-02342 |
| | § | |
| VERONICA ORTEGA | § | |

## UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES, VERONICA ORTEGA,** the Defendant herein, by and through her attorney **BELIA A. PEÑA**, and files this UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL and, in furtherance thereof respectfully shows as follows:

**I.**

Defendant's case is set for **Final Pre-Trial** on **May 26, 2020 at 2PM** in the United States Federal Courthouse of McAllen, Texas before the Honorable Micaela Alvarez.

Defendant requires additional time to review discovery. COVID-19 has fundamentally changed undersigned counsel's law practice. There has been, and will continue to be, an adjustment period with undersigned counsel, her clients, and use of newer technology.

Further, Defendant is a frontline essential medical worker who will continue to provide essential medical care. Defendant and Undersigned counsel continue to review voluminous data in spite of this global crisis.

Counsel for Defendant respectfully requests a continuance to allow additional time to review discovery in an attempt to reach a plea agreement.

AUSA Greenbaum is unopposed to the granting of this Motion for Continuance.

This motion is not brought for delay, but in the interest of justice.

**II.**

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays unto the Court this Unopposed Motion for Continuance be granted.

Respectfully submitted,

/s/ Belia A. Peña
BELIA A. PEÑA
Southern District of Texas Federal No. 3244187
New Mexico Bar No. 149878
1220 S. McColl Road
Edinburg, Texas 78539
Tel. (956) 609-6368
Fax. (956) 587-5302

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all respective counsel via CM/ECF on this 22nd day of May, 2020.

**/s/ Belia A. Peña**
**BELIA A. PEÑA**

### CERTIFICATE OF CONFERENCE

I, BELIA A. PEÑA, hereby certify that on May 18, 2020, I contacted the following counsel of record in this matter:

Hon. Amy Greenbaum – Unopposed

**/s/ Belia A. Peña**

**BELIA A. PEÑA**