**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO.: 7:19-cr-02342 |
| VERONICA ORTEGA | § | |

### SEVENTH UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES, VERONICA ORTEGA,** the Defendant herein, by and through her attorney **BELIA A. PEÑA**, and files this **SEVENTH UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL** and, in furtherance thereof respectfully shows as follows:

**I.**

Defendant's case is set for **Final Pre-Trial** on **December 31, 2020 at 9AM and Jury Selection on January 5, 2020 at 9 a.m.** in the United States Federal Courthouse of McAllen, Texas before the Honorable Micaela Alvarez.

Defendant's Counsel respectfully requests a continuance because of previously scheduled family vacation time from December 24, 2020 through January 10, 2020.

Hon. Amy Greenbaum is unopposed to the granting of this Motion for Continuance.

This motion is not brought for delay, but in the interest of justice.

**II.**

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays unto the Court this Seventh Unopposed Motion for Continuance be granted.

Respectfully submitted,

/s/ Belia A. Peña
BELIA A. PEÑA
Southern District of Texas Federal No. 3244187
New Mexico Bar No. 149878
1220 S. McColl Road
Edinburg, Texas 78539
Tel. (956) 609-6368
Fax. (956) 587-5302

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all respective counsel via CM/ECF on this 24th day of December 2020.

**/s/ Belia A. Peña**
**BELIA A. PEÑA**

## CERTIFICATE OF CONFERENCE

I, BELIA A. PEÑA, hereby certify that on December 24, 2020, I contacted the following counsel of record in this matter:

Hon. Amy Greenbaum – Unopposed

**/s/ Belia A. Peña**

**BELIA A. PEÑA**