**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **VS.** § | CASE NO.: 7:19-cr-02342 | |
| § | | |
| **VERONICA ORTEGA** § | | |

## NOTICE OF INTENT TO ENTER A GUILTY PLEA

Notice is hereby given to this Honorable Court and United States' counsel of Ms. **VERONICA ORTEGA's** intention to enter a guilty plea to Count One (1) of the Indictment. Final Pretrial is set for July 6, 2021 at 2:00 p.m.

/s/ Belia A. Peña, Esq.
Counsel for VERONICA ORTEGA

June 30, 2021
Date

## CERTIFICATE OF SERVICE

I, Belia A. Peña, Esq., certify a true copy of this notice was on all counsel of record via CM/ECF on June 30, 2021.

s/ Belia A. Peña, Esq.